IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOMINIC JOSEPH BROUSSARD**                           **PLAINTIFF**

v.                      **CIVIL ACTION NO. 1:15CV430-HSO-RHW**

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security                 **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [17] of United States Magistrate Judge Robert H. Walker entered in this cause on January 24, 2017.  The Court, by separate Order entered this date, has adopted the Magistrate Judge's Report and Recommendation as the finding of this Court and affirmed the Commissioner's decision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE